UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARLENA EGGERS,

       Plaintiff,

v.                                  Case No: 8:13-cv-916-T-AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

       Defendant.
_____/

**<u>ORDER</u>**

This matter comes before the Court upon the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. No. 22) based on sentence four of 42 U.S.C. § 405(g).[1] Plaintiff does not object to the relief requested.

Accordingly, for the reasons stated in the Motion, it is hereby

ORDERED:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. No. 22) is GRANTED.

2. The Clerk is directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g), and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Commissioner's Motion.

3. The Clerk is directed to close the case.

---

[1] The parties have consented to the jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c). (Dkt. No. 13.)

DONE AND ORDERED in Tampa, Florida, this 30th day of December, 2013.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of record